No. 96–7005. TURNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–7006. WRIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7012. GUTIERREZ-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7013. DORSETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7014. HANSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7015. HAMPSHIRE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–7017. GONZALEZ v. HAWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–7024. KING v. JONES. C. A. 11th Cir. Certiorari denied.

No. 96–7033. EADS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7045. BROWN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–506. DUTTON, WARDEN v. O'GUINN. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–705. COMMITTEE OF DENTAL AMALGAM ALLOY MANUFACTURERS AND DISTRIBUTORS ET AL. v. BECKER, DIRECTOR, CALIFORNIA OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT, ET AL. C. A. 9th Cir. Motion of petitioners to file Rule 29.6 statement under seal granted. Certiorari denied.